IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40604
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

DAVID BRYAN SPRATT,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:94-CR-29-1
- - - - - - - - - - -
April 19, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:*

    David Bryan Spratt appeals his sentence in a conviction for
conspiracy to manufacture and possess marijuana with intent to
distribute and possession with intent to distribute a controlled
substance.  The district court did not err in increasing his
offense level for obstruction of justice or in declining to
decrease his offense level for acceptance of responsibility.  See
United States v. Graves, 5 F.3d 1546, 1555 (5th Cir. 1993), cert.
denied, 114 S. Ct. 1829 (1994); United States v. McCord, 33 F.3d
1434, 1454 (5th Cir. 1994), cert. denied, 115 S. Ct. 2558 (1995).
The motion to substitute counsel on appeal is DENIED.

        AFFIRMED.

_____

    * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.